**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**

| | |
|---|---|
| IN RE: | |
| | Case No. 07-31976 |
| COREY ALLAN HELFGOTT | Chapter 7 |
| | |
| **Debtor** | |

APPLICATION TO DEPOSIT TO THE REGISTRY FUND

Applicant respectfully shows:

1. This is a bankruptcy case in which the applicant is the Trustee.

2. The checks shown below disbursed by the Trustee in this case, have remained uncashed for ninety (90) days after the date of distribution of the final dividend:

| Check # | Name & Address | Check Amount |
|---|---|---|
| 3007 | Welcom Cabinets, Inc.<br>c/o Wm. Mark Koontz<br>7455 Cross Country Rd., Ste 1<br>P O Box 40578<br>Charleston, SC  29423 | $93.84 |
| 3010 | Prestige Heating & Air, LLC<br>c/o Wm. Mark Koontz<br>7455 Cross Country Rd., Ste 1<br>P O Box 40578<br>Charleston, SC  29423 | $102.25 |
| 3011 | Prestige Heating & Air, LLC<br>c/o Wm. Mark Koontz<br>7455 Cross Country Rd., Ste 1<br>P O Box 40578<br>Charleston, SC  29423 | $ 53.21 |

3. Pursuant to the provisions of 11 U.S.C., Section 347, undistributed funds that remain uncashed after ninety (90) days are to be deposited to the United States Registry Fund.

WHEREFORE, applicant respectfully prays that he be allowed to deposit with the Clerk of Bankruptcy Court, P O Box 34184, Charlotte, North Carolina  28230-4184, in the Registry Fund, the sum of  $249.30.

DATED this the 26th day of November, 2010.

*s/s A. Burton Shuford*
A. Burton Shuford, NCBN 10035
Attorney for the Trustee
The Bain Group, PLLC
8301 University Exec. Park Dr., Ste 120
Charlotte, NC 28262
Telephone (980) 321- 7000
Email: bshuford@thebaingroup.net